■ In the Matter of the Claim of NICHOLAS FERENCZ, Respondent, against NOMA ELECTRIC CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for an order directing the payment of disbursements by the appellants to the respondent, Workmen's Compensation Board, granted, and upon such payment the appeal is dismissed, as academic. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See post, p. 997.]